**BOUTIN JONES INC.**
Robert D. Swanson (SBN 162816)
Michael E. Chase (SBN 214506)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 441-7597
Email: rswanson@boutinjones.com
       mchase@boutinjones.com

Attorneys for Defendant
SAFE Credit Union

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KERRY LONG, | Case No. 2:25-cv-00961-JAM-CKD |
| Plaintiff, | **STIPULATION AND ORDER STAYING ACTION PENDING COMPLETION OF ARBITRATION** |
| vs. | |
| SAFE CREDIT UNION, | Complaint filed:   March 27, 2025 |
| Defendant. | |

This stipulation and agreement is entered into by Plaintiff Kerry Long ("Plaintiff") and Defendant SAFE Credit Union ("SAFE"), through their respective counsel of record (collectively, the "Parties").

**RECITALS**

A.   WHEREAS, on March 27, 2025, Plaintiff filed a Complaint in the above-entitled action.

B.     WHEREAS, the Parties have an agreement to submit any dispute related to Plaintiff's SAFE account to binding non-judicial arbitration provided through a mutually agreed-upon arbitration administrator.

C.     WHEREAS, the Parties are agreeable to arbitrating this dispute using JAMS pursuant to its Comprehensive Arbitration Rules and Procedures.

## STIPULATION

NOW, THEREFORE, the Parties stipulate and agree as follows:

1.     This dispute shall be submitted to binding arbitration with JAMS pursuant to its Comprehensive Arbitration Rules and Procedures.

2.     This action shall be stayed pending completion of arbitration and this Court shall retain jurisdiction to enforce any award entered by the arbitrator.

IT IS SO STIPULATED.

DATED: June 9, 2025            THE CARDOZA LAW CORPORATION

                               By: /s/ Michael F. Cardoza
                                   Michael F. Cardoza
                                   Lauren B. Veggian

                               Attorneys for Plaintiff
                               Kerry Long

DATED: June 9, 2025            BOUTIN JONES INC.

                               By: /s/ Robert D. Swanson
                                   Robert D. Swanson

                               Attorneys for Defendant
                               SAFE Credit Union

The filer of this document attests that the other signatory has concurred in the filing of the document.

DATED:  June 9, 2025                               BOUTIN JONES INC.


                                                   By:  /s/ Robert D. Swanson
                                                        Robert D. Swanson

# ORDER

Based on the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that this action shall be **STAYED** pending completion of arbitration.

Any hearing dates and deadlines previously set in this matter are **VACATED**.

The parties are **DIRECTED** to file a joint status report with the Court within ten (10) days of the completion of arbitration or a year from now on **June 10, 2026**, whichever is earlier.

The Court retains jurisdiction to enforce any award entered by the arbitrator.

Dated: June 12, 2025                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE